B6A (Official Form 6A) (12/07)

In re  **Shawnee Hospitality, LLC**                     Case No.  __10-43828_____

                                                                                    (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Hampton Inn - 86 room hotel located at 2010 Civic Center Lane Waxahachie, TX 75165-5216 | 100%  Ownership | | $3,842,000.00 | $7,745,557.60 |
| | | **Total:** | **$3,842,000.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Shawnee Hospitality, LLC**                                              Case No.  __**10-43828**_____
                                                                                                         (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | | Cash in register drawer and petty cash | $1,062.96 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BB&T Business account #227464 - $289.00<br>BB&T Tax account #227422 - $1169.00 | $1,458.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Shawnee Hospitality, LLC**                                    Case No.   **10-43828**
                                                                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | See attached ledger | $23,785.12 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Shawnee Hospitality, LLC**                                   Case No.    **10-43828**
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Hilton Worldwide franchise | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Shawnee Hospitality, LLC**                                    Case No.  **10-43828**
                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment - computers, copy machine, scanner, fax, etc.<br>Furniture and furnishings in loby and hotel rooms including TVs and appliances | $400,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Laundry machines, kitchen equipment, and elevator equipment | $300,000.00 |
| 30. Inventory. | | Linens | $25,000.00 |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | |

_____3_____ continuation sheets attached                    **Total  >**    $751,306.08

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **Shawnee Hospitality, LLC**                                  Case No.   **10-43828**
                                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $146,450.*

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced  on or after the date of adjustment.* | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re  **Shawnee Hospitality, LLC**                                              Case No.   **10-43828**
                                                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Community South Bank**<br>**625 South Gay Street**<br>**Suite 450**<br>**Knoxville, TN 37902** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**3rd Lien**<br>COLLATERAL:<br>**Hampton Inn - 86 room hotel**<br>REMARKS:<br><br>VALUE:                    **$3,842,000.00** | | | | **$4,969,200.00** | **$1,459,557.60** |
| ACCT #: **xx1624**<br><br>**Ellis County Tax Assessor**<br>**109 S. Jackson St.**<br>**Room T125**<br>**Waxahachie, TX 75165** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Property Taxes - 2nd Lien**<br>COLLATERAL:<br>**Hampton Inn - 86 room hotel**<br>REMARKS:<br><br>VALUE:                    **$3,842,000.00** | | | | **$79,609.75** | |
| ACCT #:<br><br>**Lakhwinder Guru**<br>**12525 SE 299th Pl**<br>**Auburn, WA 98092** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Secured Loan**<br>COLLATERAL:<br>**Copy Machine**<br>REMARKS:<br><br>VALUE:                    **$400,000.00** | | | | **$4,000.00** | |
| ACCT #:<br><br>**Maluk Dhami**<br>**1986 Bridget Marie Dr.**<br>**Modesto, CA 95351** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Secured Loan**<br>COLLATERAL:<br>**Computers and TV**<br>REMARKS:<br><br>VALUE:                    **$400,000.00** | | | | **$3,500.00** | |

Subtotal (Total of this Page) >   **$5,056,309.75**   **$1,459,557.60**

Total (Use only on last page) >

_____1_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Shawnee Hospitality, LLC**                                           Case No.  **10-43828**
                                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: <br><br>**North Texas CDC** <br>**600 North Central Expwy.** <br>**Suite 600A** <br>**Plano, TX 75074** | X | DATE INCURRED: <br>NATURE OF LIEN: <br>**4th Lien** <br>COLLATERAL: <br>**Hampton Inn - 86 room hotel** <br>REMARKS: <br><br>VALUE:  **$3,842,000.00** | | | | **$1,944,000.00** | **$1,944,000.00** |
| ACCT #: <br><br>**Property Tax Lending, LP** <br>**17950 Preston Rd.** <br>**Suite 650** <br>**Dallas, TX 75252** | X | DATE INCURRED: <br>NATURE OF LIEN: <br>**1st Lien** <br>COLLATERAL: <br>**Hampton Inn - 86 room hotel** <br>REMARKS: <br><br>VALUE:  **$3,842,000.00** | | | | **$252,747.85** | |
| ACCT #: <br><br>**Sagestar Holding** <br>**1135 Kinwest** <br>**Irving, TX 75063** | X | DATE INCURRED: <br>NATURE OF LIEN: <br>**5th Lien** <br>COLLATERAL: <br>**Hampton Inn - 86 room hotel** <br>REMARKS: <br><br>VALUE:  **$3,842,000.00** | | | | **$500,000.00** | **$500,000.00** |
| | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | **$2,696,747.85** |
| Total (Use only on last page) > | **$7,753,057.60** |

| | |
|---|---|
| **$2,444,000.00** |
| **$3,903,557.60** |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re  **Shawnee Hospitality, LLC**                          Case No. _____**10-43828**_____

                                                            (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐  **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re  **Shawnee Hospitality, LLC**                           Case No.  **10-43828**
                                                                        (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**City of Waxahachie**<br>**PO Box 39**<br>**Waxahachie, TX 75168-0039** | | DATE INCURRED:<br>CONSIDERATION:<br>**Occupancy Taxes**<br>REMARKS: | | | | $17,760.34 | $17,760.34 | $0.00 |
| **Representing:**<br>**City of Waxahachie** | | **Chapman & Chapman LLP**<br>**1001 U.S. Highway 77 North**<br>**PO Box 641**<br>**Waxahachie, TX 75165** | | | | Notice Only | Notice Only | Notice Only |
| ACCT #:<br>**State Comptroller**<br>**PO Box 149356**<br>**Austin, TX 78714-9356** | | DATE INCURRED:<br>CONSIDERATION:<br>**Occupancy Taxes**<br>REMARKS: | | | | $18,930.25 | $18,930.25 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | $36,690.59 | $36,690.59 | $0.00 |
|---|---|---|---|---|
| | Total > **(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)** | $36,690.59 | | |
| | Totals > **(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)** | | $36,690.59 | $0.00 |

B6F (Official Form 6F) (12/07)

In re   **Shawnee Hospitality, LLC**

Case No.   **10-43828**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:   **xx9267**<br>**ADP**<br>**1851 North Resler Dr.**<br>**El Paso, TX 79912** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $1,874.38 |
| ACCT #:   **xxxxxx0054**<br>**Affordable Power**<br>**PO Box 660038**<br>**Dallas, TX 75266-0038** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $17,396.66 |
| ACCT #:   **xxxxxxxxx6 110**<br>**AT&T**<br>**PO Box 650661**<br>**Dallas, TX 75265-0661** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $1,105.98 |
| ACCT #:   **xxxxxxxxx3225**<br>**AT&T Business Center**<br>**PO Box 13148**<br>**Newark, NJ 07101-5648** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $1,986.59 |
| ACCT #:   **xxx655-3**<br>**Cirro Energy**<br>**PO Box 660004**<br>**Dallas, TX 75266-0004** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $5,693.56 |
| ACCT #:   **xx-xxx-x1955**<br>**City of Waxahachie (Water)**<br>**PO Box 39**<br>**Waxahachie, TX 75168** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS:<br>**2nd acct. # - 02-027-01957-001** | | | | $1,639.02 |

Subtotal >   **$29,696.19**

_____**5**_____continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shawnee Hospitality, LLC**                                  Case No.   **10-43828**
                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx3106**<br>**Coast to Coast Computer Products**<br>**4277 Valley Fair St.**<br>**Simi Valley, CA 93063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $1,289.89 |
| ACCT #:  **x4430**<br>**Commtrak**<br>**17493 Nassau Commons**<br>**Lewes, DE 19958** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $978.22 |
| ACCT #:  **xxxxxx5800**<br>**DirecTV**<br>**PO Box 60036**<br>**Los Angeles, CA 90060-0036** | | DATE INCURRED:<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | $2,369.67 |
| ACCT #:<br>**Diversified Fire Protection**<br>**5941 Midway Rd.**<br>**Ft. Worth, TX 76117** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $1,054.98 |
| ACCT #:<br>**Diversified Supply Inc.**<br>**3233 Royal Melbourne**<br>**Plano, TX 75093** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $374.55 |
| ACCT #:  **xxM112**<br>**Edward Brown & Company**<br>**2562 Paysphere Circle**<br>**Chicago, IL 60674** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | $366.60 |

Sheet no. ____1____ of ____5____ continuation sheets attached to                     **Subtotal >**      **$6,433.91**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                 **Total >**
                                                              **(Use only on last page of the completed Schedule F.)**
                                                         **(Report also on Summary of Schedules and, if applicable, on the**
                                                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shawnee Hospitality, LLC**                          Case No.  **10-43828**
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx-x6563**<br>**Ellis County Living Magazine**<br>**405 W. Madison**<br>**Waxahachie, TX 75165** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$800.00** |
| ACCT #:<br>**Gleam Clean Carpet Cleaning**<br>**912 B Ferris**<br>**Waxahachie, TX 75165** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$2,507.66** |
| ACCT #:  **xxx9316**<br>**HD Facilities Maintenance**<br>**PO Box 509058**<br>**San Diego, CA 92150-9058** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$18,033.16** |
| ACCT #:  **xx-xx1024**<br>**Hilton Hotels Corp.**<br>**4649 Paysphere Circle**<br>**Chicago, IL 60674** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Franchise fee**<br>REMARKS: | | | | **$63,850.05** |
| ACCT #:  **xx4286**<br>**Hotel Systems Pro**<br>**280 Interstate North Circle**<br>**Suite 600**<br>**Atlanta, GA 30339** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$1,800.00** |
| ACCT #:  **xxxxx4526**<br>**IESI**<br>**PO Box 650470**<br>**Dallas, TX 75265** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$1,640.11** |

Sheet no. ____**2**____ of ____**5**____ continuation sheets attached to              **Subtotal >**   **$88,630.98**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                 **Total >**
                                    **(Use only on last page of the completed Schedule F.)**
                         **(Report also on Summary of Schedules and, if applicable, on the**
                            **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shawnee Hospitality, LLC**                                     Case No.   **10-43828**
                                                                                              (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx8968**<br>**In the Swim**<br>**320 Industrial Drive West**<br>**Chicago, IL 60185** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$399.30** |
| ACCT #:  **xx1337**<br>**Janpak DFW**<br>**3101 High River Rd., Ste. 101**<br>**PO Box 155339**<br>**Ft. Worth, TX 76155** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$1,627.90** |
| ACCT #:<br>**Kalpesh Patel**<br>**2520 NE 28th St.**<br>**Fort Worth, TX 76106** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$8,322.46** |
| ACCT #:  **xxx2343**<br>**Lands End**<br>**PO Box 217**<br>**Dodgeville, WI 53533** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$2,230.76** |
| ACCT #:  **xxx9117**<br>**LodgeNet**<br>**PO Box 952141**<br>**St. Louis, MO 63195-2141** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **($617.48)** |
| ACCT #:<br>**North American Directory**<br>**320 E. 27th Street**<br>**Loveland, CO 80538** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$1,147.85** |

Sheet no. _____**3**_____ of _____**5**_____ continuation sheets attached to                               **Subtotal >**     **$13,110.79**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                                     **Total >**
                                              **(Use only on last page of the completed Schedule F.)**
                                              **(Report also on Summary of Schedules and, if applicable, on the**
                                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shawnee Hospitality, LLC**                Case No.   **10-43828**
                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx xxxxxxCHIE**<br>**Orkin**<br>**1728 S Hwy 287**<br>**Corsicana, TX 75110** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$1,006.70** |
| ACCT #:  **xxx7305**<br>**Royal Cup**<br>**160 Cleage Dr.**<br>**PO Box 170971**<br>**Birmingham, AL 35217** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$474.26** |
| ACCT #:<br>**Tara Energy**<br>**3800 Buffalo Speedway**<br>**Suite 500**<br>**Houston, TX 77098** | | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS: | | | | **$12,493.72** |
| **Representing:**<br>**Tara Energy** | | **C. Gibson**<br>**5120 Woodway**<br>**Suite 10010**<br>**Houston, TX 77056** | | | | **Notice Only** |
| ACCT #:  **x3333**<br>**Texas Hotel & Lodging Assoc.**<br>**1701 West Avenue**<br>**Austin, TX 78701** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$634.30** |
| ACCT #:<br>**Tommy Huckaby**<br>**3225 Bordeaux**<br>**Sherman, TX 75090** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$720.00** |

Sheet no. ____**4**____ of ____**5**____ continuation sheets attached to         **Subtotal >**        **$15,328.98**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Shawnee Hospitality, LLC**

Case No.   **10-43828**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx-xxxx0657**<br>**Travel Media Group**<br>**PO Box 4155**<br>**Sarasota, FL 34230** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$1,512.80** |
| ACCT #:  **x2244**<br>**Wolverton Co. Inc.**<br>**118 W. Fairmeadows**<br>**Duncanville, TX 75116-2297** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vendor**<br>REMARKS: | | | | **$1,080.18** |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. ____5____ of ____5____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   **$2,592.98**

**Total >**   **$155,793.83**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Shawnee Hospitality, LLC**                                   Case No.   **10-43828**
                                                                                (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Hilton Hotels Corp.**<br>4649 Paysphere Circle<br>Chicago, IL 60674 | Franchise Agreement<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re  **Shawnee Hospitality, LLC**                                  Case No.   **10-43828**
                                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Harwant S. Dhillon**<br>5125 Brandywine<br>Frisco, TX 75034 | **Community South Bank**<br>625 South Gay Street<br>Suite 450<br>Knoxville, TN 37902 |
| **Harwant S. Dhillon**<br>5125 Brandywine<br>Frisco, TX 75034 | **North Texas CDC**<br>600 North Central Expwy.<br>Suite 600A<br>Plano, TX 75074 |
| **Harwant S. Dhillon**<br>5125 Brandywine<br>Frisco, TX 75034 | **Sagestar Holding**<br>1135 Kinwest<br>Irving, TX 75063 |
| **Harwant S. Dhillon**<br>5125 Brandywine<br>Frisco, TX 75034 | **Property Tax Lending, LP**<br>17950 Preston Rd.<br>Suite 650<br>Dallas, TX 75252 |
| **Harwant S. Dhillon**<br>5125 Brandywine<br>Frisco, TX 75034 | **Hilton Hotels Corp.**<br>4649 Paysphere Circle<br>Chicago, IL 60674 |
| **Nariender K. Dhillon**<br>5125 Brandywine Ln.<br>Frisco, TX 75034 | **Community South Bank**<br>625 South Gay Street<br>Suite 450<br>Knoxville, TN 37902 |
| **Nariender K. Dhillon**<br>5125 Brandywine Ln.<br>Frisco, TX 75034 | **North Texas CDC**<br>600 North Central Expwy.<br>Suite 600A<br>Plano, TX 75074 |

B6H (Official Form 6H) (12/07) - Cont.

In re **Shawnee Hospitality, LLC**                          Case No.    **10-43828**
                                                                                     (if known)

# SCHEDULE H - CODEBTORS

*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Nariender K. Dhillon**<br>5125 Brandywine Ln.<br>Frisco, TX 75034 | **Sagestar Holding**<br>1135 Kinwest<br>Irving, TX 75063 |
| **Nariender K. Dhillon**<br>5125 Brandywine Ln.<br>Frisco, TX 75034 | **Property Tax Lending, LP**<br>17950 Preston Rd.<br>Suite 650<br>Dallas, TX 75252 |
| **Nariender K. Dhillon**<br>5125 Brandywine Ln.<br>Frisco, TX 75034 | **Hilton Hotels Corp.**<br>4649 Paysphere Circle<br>Chicago, IL 60674 |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

In re  **Shawnee Hospitality, LLC**                                   Case No.   **10-43828**

                                                                      Chapter    **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $3,842,000.00 | | |
| B - Personal Property | Yes | 4 | $751,306.08 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $7,753,057.60 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $36,690.59 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $155,793.83 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 18 | $4,593,306.08 | $7,945,542.02 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Shawnee Hospitality, LLC**                                      Case No.   **10-43828**
                                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **Managing Member** _____ of the _____ **Corporation** _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ **20** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date **11/15/2010** _____          Signature  **/s/ Nariender K. Dhillon** _____
                                                          *Nariender K. Dhillon*
                                                          *Managing Member*

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re:  **Shawnee Hospitality, LLC**                                    Case No.  **10-43828**

                                                                                         (if known)

# STATEMENT OF FINANCIAL AFFAIRS

None
☐

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,062,205.00** | **2008** |
| **$1,574,492.00** | **2009** |
| **$1,187,478.00** | **2010 YTD** |

None
☑

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☐

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached list** | | | |

None
☐

c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached list** | | | |

**Relationship to Debtor as follows:**

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

In re:  **Shawnee Hospitality, LLC**                                    Case No.   __10-43828_____

                                                                                    (if known)


# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*


**Altus Hospitality LLC - Harminder Dhillon 28%
Starlite Hotels LLC - Harminder Dhillon 15%
SGTB Lodgings LLC - Harminder Dhillon 15%
Dhillon Hospitality LLC - Harminder Dhillon 33%
Dhillon Properties LLC - Bawa Dhillon 90%
Elko Gold Mine LLC - Bawa Dhillon 100%
Meecham Hospitality LLC - Harwant Dhillon 25%
and Jagmohan Dhillon 25%
Parkwood Hospitality LLC - Harwant Dhillon 25%
and Jagmohan Dhillon 25%
Emerald Hospitality LLC - Jagmohan Dhillion 33%
OK Hotels LLC - Jagmohan Dhillon 100%
Dhillon Group LLC - Jagmohan Dhillon and
Harminder Dhillon 66%**

---

None
☐

### 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Tara Energy, L.L.C.** **vs.** **Shawnee Hospitality, LLC and Jagmohan Dhillon Cause No. 10-C-3549** | **Collection Suit** | **In the County Court At Law #1 Ellis County, Texas** | **Pending** |
| **City of Waxahachie, A Municipal Corporation vs. Shawnee Hospitality LLC D/B/A Hampton Inn, A Limited Liability Company Cause No. 80405** | **Collection Suit** | **In the District Court 40th Judicial District Ellis County, Texas** | **Pending** |

---

None
☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

### 6. Assignments and receiverships

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re:   **Shawnee Hospitality, LLC**                                    Case No.   **10-43828**
                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☑ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Arthur I. Ungerman** | **10/28/2010** | **$16,039.00** |
| **8140 Walnut Hill Lane** | **11/5/2010** | **$5,000.00** |
| **Suite 301** | | |
| **Dallas, TX 75231** | | |

---

**10. Other transfers**

None ☑ a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑ b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re:   **Shawnee Hospitality, LLC**                                    Case No.   **10-43828** _____

                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

### 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None
☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

### 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

In re:   **Shawnee Hospitality, LLC**                                     Case No.   **10-43828** _____

                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

None
☑

**18. Nature, location and name of business**

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

---

None
☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

None
☐

**19. Books, records and financial statements**

a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Monica White**<br>**532 Sunflower Dr.**<br>**Patterson, CA 95363** | |

---

None
☐

b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Mahjabeen Abbas**<br>**DMC Hotels**<br>**3400 Parkwood Blvd**<br>**Frisco, Texas 75034** | **July 2009 - present** |

---

None
☐

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Mahjabeen Abbas**<br>**DMC Hotels** | **3400 Parkwood Blvd**<br>**Frisco, Texas 75034** |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

In re:  **Shawnee Hospitality, LLC**                              Case No.  **10-43828**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None
☑

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

## 20. Inventories

None
☑

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑

b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

## 21. Current Partners, Officers, Directors and Shareholders

None
☐

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Nariender K. Dhillon<br>5125 Brandywine Ln.<br>Frisco, TX 75034** | **Managing Member** | **85%** |
| **Harwant S. Dhillon<br>5125 Brandywine Ln.<br>Frisco, TX 75034** | **Managing Member** | **15%** |

None
☑

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

## 22. Former partners, officers, directors and shareholders

None
☑

a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☑

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

## 23. Withdrawals from a partnership or distributions by a corporation

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY OR<br>DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **See attached list** | | |

---

## 24. Tax Consolidation Group

None
☑

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

B7 (Official Form 7) (04/10) - Cont.

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

In re:  **Shawnee Hospitality, LLC**                               Case No.   **10-43828**

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

None

☑

**25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **11/15/2010**                          Signature   **/s/ Nariender K. Dhillon**

**Nariender K. Dhillon**
**Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Shawnee Hospitality, LLC**

Case No.   **10-43828**

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| North Texas CDC<br>600 North Central Expwy.<br>Suite 600A<br>Plano, TX 75074 | | 4th Lien | | **$1,944,000.00**<br><br>**Value: $0.00** |
| Community South Bank<br>625 South Gay Street<br>Suite 450<br>Knoxville, TN 37902 | | 3rd Lien | | **$4,969,200.00**<br><br>**Value: $3,509,642.40** |
| Sagestar Holding<br>1135 Kinwest<br>Irving, TX 75063 | | 5th Lien | | **$500,000.00**<br><br>**Value: $0.00** |
| Hilton Hotels Corp.<br>4649 Paysphere Circle<br>Chicago, IL 60674 | | Franchise fee | | **$63,850.05** |
| State Comptroller<br>PO Box 149356<br>Austin, TX 78714-9356 | | Occupancy Taxes | | **$18,930.25** |
| HD Facilities Maintenance<br>PO Box 509058<br>San Diego, CA 92150-9058 | | Vendor | | **$18,033.16** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Shawnee Hospitality, LLC**

Case No.   **10-43828**

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| City of Waxahachie PO Box 39 Waxahachie, TX 75168-0039 | | Occupancy Taxes | | **$17,760.34** |
| Affordable Power PO Box 660038 Dallas, TX 75266-0038 | | Utilities | | **$17,396.66** |
| Tara Energy 3800 Buffalo Speedway Suite 500 Houston, TX 77098 | | Lawsuit | | **$12,493.72** |
| Kalpesh Patel 2520 NE 28th St. Fort Worth, TX 76106 | | Vendor | | **$8,322.46** |
| Cirro Energy PO Box 660004 Dallas, TX 75266-0004 | | Utilities | | **$5,693.56** |
| Gleam Clean Carpet Cleaning 912 B Ferris Waxahachie, TX 75165 | | Vendor | | **$2,507.66** |
| DirecTV PO Box 60036 Los Angeles, CA 90060-0036 | | Utilities | | **$2,369.67** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Shawnee Hospitality, LLC**

Case No.   **10-43828**

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Lands End<br>PO Box 217<br>Dodgeville, WI 53533 | | Vendor | | **$2,230.76** |
| AT&T Business Center<br>PO Box 13148<br>Newark, NJ 07101-5648 | | Vendor | | **$1,986.59** |
| ADP<br>1851 North Resler Dr.<br>El Paso, TX 79912 | | Vendor | | **$1,874.38** |
| Hotel Systems Pro<br>280 Interstate North Circle<br>Suite 600<br>Atlanta, GA 30339 | | Vendor | | **$1,800.00** |
| IESI<br>PO Box 650470<br>Dallas, TX 75265 | | Vendor | | **$1,640.11** |
| City of Waxahachie (Water)<br>PO Box 39<br>Waxahachie, TX 75168 | | Utilities | | **$1,639.02** |
| Janpak DFW<br>3101 High River Rd., Ste. 101<br>PO Box 155339<br>Ft. Worth, TX 76155 | | Vendor | | **$1,627.90** |

B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:   **Shawnee Hospitality, LLC**                                        Case No.   **10-43828**

                                                                            Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Managing Member**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.


Date:__**11/15/2010**_____          Signature:__**/s/ Nariender K. Dhillon**_____
                                                                    *Nariender K. Dhillon*
                                                                    **Managing Member**